UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JUNG NAM,<br>Defendant. | Cr. No. 26-CR-0077-MRD-AEM |

JOINT MOTION TO CONTINUE THE TRIAL AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT[1]

The Government moves to continue the case to the next scheduled trial calendar call, and for an exclusion of time under the Speedy Trial Act (STA) during this continuance. This request is made jointly with the defendant.

The Indictment charging the Defendant in this case was returned on September 9, 2026 and the Defendant was arraigned on September 21, 2026. The parties need additional time to determine if a resolution by plea agreement can be reached. The parties submit that the ends of justice granted by this continuance would outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

[1] Speedy Trial Act Calculation: In accordance with Cr Local Rule 12(c), the Government submits that as of October 13, 2026, the filing date for this Motion, 70 days remain out of the 70 days of Speedy Trial Act. The filing of this motion would begin a period of excludable delay under 18 U.S.C. § 3161(h)(7)(A).

For the foregoing reasons, the parties respectfully request that the Court grant the requested relief.

Respectfully submitted,

TODD BLANCHE
Attorney General

CHARLES C. CALENDA
First Assistant United States Attorney

Denise M. Barton

DENISE MARIE BARTON
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: denise.,barton@usdoj.gov

**CERTIFICATION OF SERVICE**

On this 13th day of October, 2026, I caused the within JOINT MOTION TO CONTINUE THE TRIAL AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT to be filed electronically and it is available for viewing and downloading from the ECF system.

Denise M. Bar

DENISE MARIE BARTON
Assistant U.S. Attorney
U.S. Attorney's Office
One Financial Plaza, 17th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
Email: denise.,barton@usdoj.gov